AUSA ANDREW BROWN (SBN: 172009)
U.S. Attorney's Office, 11th Floor
312 N. Spring Street
Los Angeles, CA 90012
(213) 894-0102 (desk)
(213) 894-6269 (fax)
andrew.brown@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-mj-00328-DUTY |
| v. MATTHEW JASON KROTH, aka Jason Kroth, aka Speedy, Defendant(s). | **APPLICATION FOR WRIT OF HABEAS CORPUS** ☑ AD PROSEQUENDUM ☐ AD TESTIFICANDUM |

The undersigned ☑ Assistant United States Attorney ☐ other attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ☑ Ad Prosequendum ☐ Ad Testificandum for:

Name of Detainee: MATTHEW JASON KROTH
Alias: Jason Kroth, Speedy
BOP/Booking No: 6540735
Detained by: ☐ Warden  Robert J. Olmsted, Assistant Sheriff
☑ Other
Detained at: North County Correctional Facility, 29340 The Old Road, Castaic
*(Specify name and location of detention facility)*

Detainee is requested for the following reasons:

Appearance is necessary on March 29, 2023 at 2:00pm before the Honorable Duty Magistrate Judge Judge/Magistrate Judge.

Location: ☑ U.S. District Court  Roybal Duty Courtroom
*(Court Address)*
☐ Other
*(Place and Address of Place)*

I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.

I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

Dated: February 9, 2023

*/s Andrew Brown*
*Signature of attorney*

*An **ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (G-09 ORDER)** MUST be submitted along with this Application for Writ of Habeas Corpus Ad Prosequendum/Ad Testificandum.*

G-09 (10/06)    APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM / AD TESTIFICANDUM