

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER 2:23-mj-00328-DUTY |
|---|---|
| Plaintiff(s) | **ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS** |
| v. | ☒ AD PROSEQUENDUM   ☐ AD TESTIFICANDUM |
| MATTHEW JASON KROTH,<br>   aka Jason Kroth,<br>   aka Speedy, | |
| Defendant(s). | |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus   ☒ Ad Prosequendum   ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: <u>MATTHEW JASON KROTH (number 6540735)</u>

  Alias: <u>Jason Kroth, Speedy</u>

on <u>March 29, 2023</u>   at <u>2:00pm</u> before Judge/Magistrate Judge <u>The Duty Magistrate</u>
*(Date of Appearance)*   (Time)

Dated: February 9, 2023

_____   PVC
U.S. District Judge/U.S. Magistrate Judge

1148