AUSA ANDREW BROWN (SBN: 172009)
U.S. Attorney's Office, 11th Floor
312 N. Spring Street
Los Angeles, CA 90012
(213) 894-0102 (desk)
(213) 894-6269 (fax)
andrew.brown@usdoj.gov



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>v.<br><br>MATTHEW JASON KROTH,<br>  aka Jason Kroth,<br>  aka Speedy,<br><br>Defendant(s) | CASE NUMBER:<br>CR 2:23-mj-00328-DUTY<br>CV |
|---|---|
| | **WRIT OF HABEAS CORPUS**<br>☒ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable  Pedro V. Castillo  Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: Robert J. Olmsted, Assistant Sheriff

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **MATTHEW JASON KROTH** before the Honorable  Duty Magistrate Judge  Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No.  **Duty Courtroom** , located at Roybal Federal Building, 255 E. Temple St., Los Angeles, CA  on  **March 29, 2023**  at  **2:00pm** , and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable  Pedro V. Castillo  Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: 02/09/2023

CLERK, U.S. DISTRICT COURT

By: Terry R. Baker
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)

1148