Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
2023 AUG 22  AM 11:20

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| v.     PLAINTIFF | 2:23-mj-328-Duty |
| Matthew J. Kroth | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____    DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 08/22/2023 at 10:30 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   21USC841  Possession with Intent to Distribute Controlled Substances

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1973

8. Defendant has retained counsel:   ☐ No
   ☒ Yes   Name: Daniel Behesnilian   Phone Number: 310 990-6077 cellular

9. Name of Pretrial Services Officer notified: duty email

10. Remarks (if any): _____

11. Name: Lyndon Versoza   (please print)

12. Office Phone Number: 213 830 2518

13. Agency: USPIS

14. Signature: [signature]

15. Date: 08/22/2023

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION