FILED
CLERK, U.S. DISTRICT COURT
AUG 22 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:23-mj-00328 DUTY |
| v. | |
| Mathew JASON KROFT | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint **Daniel V. Behesnilian**, Esquire, as my attorney to appear for me throughout all proceedings in this case.

8/22/2020
Date

[Defendant's Signature]

Los Angeles Calif. 90021
City and State

## APPEARANCE OF COUNSEL

I, **Daniel V. Behesnilian**, Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

8/22/2023
Date

[Attorney's Signature]

075305
California State Bar Number

8484 Wilshire #720
Street Address

B Hills, CA 90211
City, State, Zip Code

310 991-6077     310 854-0120
Telephone Number    Fax Number

daniel@drblaw.net
E-mail Address

CR-14 (01/07)         DESIGNATION AND APPEARANCE OF COUNSEL