# UNITED STATES DISTRICT COURT
for the

Central District of California

| | | |
|---|---|---|
| USA<br>*Plaintiff*<br>v.<br>JASON KROTH<br>*Defendant* | ) ) ) ) ) | Case No. 2:23-mj-00328-DUTY |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JASON KROTH

Date:   08/22/2023

*Attorney's signature*

Daniel V. Behesnilian, Esq. SBN 075805
*Printed name and bar number*
8484 Wilshire Blvd #700
Beverly Hills CA 90211

*Address*

daniel@dvblaw.net
*E-mail address*

(310) 990-6077
*Telephone number*

(310) 854-0128
*FAX number*

[FILED stamp: CLERK, U.S. DISTRICT COURT, AUG 22 2023, CENTRAL DISTRICT OF CALIFORNIA, BY ___ DEPUTY]