```
E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0102
     Facsimile: (213) 894-6269
     E-mail:    andrew.brown@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>Plaintiff, <br><br>v. <br><br>MATTHEW JASON KROTH, <br><br>Defendant. | No. 2:23-mj-00165-DUTY <br><br>STIPULATION TO CONTINUE POST-INDICTMENT ARRAIGNMENT DATE <br><br>**CURRENT PIA DATE:** 9/27/23 <br> **PROPOSED PIA DATE:** 10/03/23 |

The United States Attorney's Office, defendant Matthew Jason Kroft aka "Jason Kroft" aka "Speedy" ("defendant"), and defendant's counsel hereby stipulate to continue the Post-Indictment Arraignment in the above-entitled case currently set for 9/27/23 to 10/03/23. This is based on a scheduling conflict for defendants counsel Daniel V Behesnilian who has two (2) appearances in the USDC Court before the Hon Judge Otis Wright for a change of plea at 11 am on the 27th of September(USA v Rouben Houston (Case# 2:21-CR-00347-ODW) and a sentencing at 1:30 PM on the same day before the Honorable USDC Judge Fitzgerald in the case of USA V Iaon Zele (Case#2:23-cr-00123-MWF)

| | |
|---|---|
| 9-20-2023 | /s/ |
| DATE | ASSISTANT UNITED STATES ATTORNEY |
| | Andrew Brown |

| | |
|---|---|
| 9-20-2023 | /s/ |
| DATE | COUNSEL FOR DEFENDANT |
| | Daniel V. Behesnilian |